FedeRAl WARRANt FoR They Asseet

RECEIVED
APR 28 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Attorney etc.

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI**

DIVISION

edited
USE 314-244-7900 she Not Filed they ARRest

Y.H

Filed # 9,67967,000,000,000,000

KARiN schute Assunite

Attorney IN FedeRAl

Yule Hobson

**Complaint for a Civil Case**

She? know men Name
She sent Kill mr.Y. Hobson

314-589-2500

MR ERic Schmitt ed

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.

(to be assigned by Clerk of District Court)

why MR.Stephen R. ClARk

Plaintiff requests trial by jury:

[✓] Yes [ ] No

7-15-21
Not

v.  SPRAYing chemical's F.BI etc.

JAY GReenbeRg DiRectoR etc.
314,889-2500/ camera 7-14-
al,et,c. kim GaRdner,PRo,ATI etc
GORE DiRectoR of

(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)

of St. Louis F.BI undeR
al me on camer (NotARY
DAte 7-15-21 Ti 3:51 P.m.
1983, FedeRAl case Filed
billion dollaR's (6.000.000
000) DateFiled on camer's

PRosecutoR of wARRAN/of St.Louis mo,Chief Judse
FedeRAl PRosecution By thom Rodney w. Sippel Chief Judse
on cameRa video's
couRt Room CRiminal
314-589-2500
Y.H.

**CIVIL COMPLAINT** $9 64 910,000 court date
INvestigation They muRder
case 4:23-c.v.00781-06-1623

**NOTICE:**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number. $9.600,000,000.000,000

Y.H.

Copy motion 314-556-364A

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint. PRivacy 314-589-2500 7-15-21 3:51 p.m

All kill Name on phone under Phone donot men Case

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs. (First DeoRee Robbery Nome?

my (mother FedeRAl WARRANt foR 9lot ms, Eula Hobson (add( 3812 HeRtFoRd

Federal Rule of Civil Right File Chief Judse Stephen R. Clark

Motion Federal Trial date
under 4:23-CV.00781 etc.
9,000,000,000,000.
Federal Prosecution under Director
F,BI, All them use F.BI Phone
(All) Name ) of men? Set up date
"Police" o Headquarter (1915) Olive St,
Louis, mo 63106 motion 9) they use They
phone To "Robb the Police All name
under (use of Force All Name (Run)
use Chief Judge stephen R, clARK
my STAT to you Judge R clARK All
(Men) you go Prosecution All They
(Name) were under (your phone 314-244-
7800 DAte 24-2023 see for All Federal
Prosecution Discovery motion Filed
KARin Schute, Ass United ATT. This laws
By Federal ease By MR, Yule Hobson Case
under, CASE 4: 23-CV,00781. SRC, DOC. 99
Filed 06-16-23 spraying chemical's DAte
Cellphone STA) By the Prosecuting Filed was
Number was (Identity try kill MR. Yule
Hobson chemical's Premeditated chemicals
7-14-21 Please Federal They waRD

Motion My Comp

FiBI Documentation / 9,6000,000,000,000,
Case update STAT motion Discovery etc.
Settlement AH

## I. The Parties to This Complaint

kim GARdner sent men on my phone )   MR. Yule Hobson MR. ERic
she know men   Schute — Court Date

### A. The Plaintiff(s)

date 7-15-21
Document on camera
CourtHouse
@ 3-18-2023

SWORN AFFidAVit Filed By MR,

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name   MR Yule Hobson
Street Address   5961 MINERVA AVE
City and County   St. Louis MO, 63112-
State and Zip Code   63112
Telephone Number
E-mail Address

Hobson CASE # 9,6000,000,000,000,000,000, etc.
# 9,789,000,900,000,000,000, etc.

### B. The Defendant(s)

CASE Filed my Claim Jury Trial.

New CASE Kill my mother Ms Eula Hobson
Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

(All) Allegation Is TruThful and correct
All motion on filed case under
MR. Yule Hoboo 9,000,000,000,000,
Name of men work case FBI, etc.

For my ICASE took ? they Robb Name

Defendant No. 1

Name
Job or Title
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

woiss F.BI 1983/Been spRAYing chemicalspAY $1,000,000,000
And
MoRe

(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)

Teplephonic And
mother
Address

1,816-750-2637 CASE woiss F.B.I under
CASE Filed MR. Eric Schmitt AH Gen mo, (573-751-3321.

woiss-F.BI-etc $196000,000,000,000 chemicalls etc

STAT (SL) OR CASE MO JO 696 (2 SU CAA)
they pic A T, F,B I more/Federal Prison (has pic
Robb First degree All Hem on my phone F,BI
motion MR, Eric Schmitt Attorney General) 7-14-21
He They Robb C573    (1983)
      Case By me MR, Yule Hobson They use
             $ 9,678.9.000,000,000,000 etc.
Phone (From: spingfield F,BI Need
has (pic Identify) Federal Violation
  All Name pic Federal wARRANt F,BI
All Name under 314-444-2500 will AT came
  To the  St, Louis mo Told me about car of Kill
Premeditated (blackmail) combind with death
threats is a severa Federal Offense generally
prosecuted as/ extortion/ when a person
"MAKE"s A "threat to kill or Injure someone
(unless) that "person" does? use my Phone
      against Is self men Name under St
Louis F,BI MR,Yule Hobson "Know" men
Who do? got Name From F,BI were He
get my Name From use your phone F,BI
Kill me with your phone F,BI and use
F, d, court House Federal Violation use my
phone For premeditated cellphone has
Phone everyone? F,BI got they For case
Federal Prosecution 7-15-21-Time
   3:00 p.m, case Name (has) pic perpetrator
(House) case Federal Prosecution - issue car
Even use By Discover of motion Ame (314 589 2500/etc

PRosecution on them And MR, ERic Schmitted
use the Phone Attorney General (573-751-3321)

<u>Letters to the Court</u> use Phone 314-244-5900, Deputy Clerk.

The proper way to seek relief from the Court is to file a motion in your case. It is improper to send letters directly to district or magistrates judges regarding cases pending before them.

Talk why use phone And phone DiRector F.B.I. FRom my mother House They Kill her Amended

<u>MAILING</u>

Case house house INVASION (home CLASS X-

All pleadings, motions, fees, and legal documents should be mailed to:

Miss-

A Felony
25 YeaRs
to life etc

Clerk of Court
United States District Court
Eastern District of Missouri
111 South Tenth Street, Suite 3.300
St. Louis, MO  63102

legal Pic IN cgR
7-14-21 Filed From
mother? my mother
Hous,

$9,67,000,000,000,000, Case Kill my
Motion life Jail) under St. Louis F.B.I. use 4+1 7-14-2
They phone why doing STAT do not care
All Name Filed OF Kill my mother Ms,
Eula Hobson case under the Robb who
Name who Kill my mother He on phone
F.B.I 314-589-2500 All Name under
hes phone case life 7-14-21 A PRemeditated
house INVASION with hes cAR? F.B.I He IsiAd cAR
Committed All House He use Police 314-444-2500 And
F.B.I phone come fRy Kill MR, Yule Hobson AT DO
All pRemeditated House INVASION They TAlk)
About Insind House Invasion And All They
Robb set All lie F.B.I Now do not them
F.B.I were got my Name? F.B.I 314-589-
2500/ Filed Clerk of Court motion FOR All
(Name Filed Yes DAte 7-14-21 use of FoRce
with they
VeRbal Hanasment with House Invasion Phone.

Discovery of Motion.

STAT, All Videos under Phone
314-356-3645 when Police came my
MR, Yule Hobson By St, Louis mo, House,
F,B,I AT F,B,I Videos Insiad
Date 7-15-21 Filed case They
on camers 1855/ Springfied mo
65802 case the 11 Chermical's All
them Be Prosecution In SpringFiled
Police Spraying chemical's AT me MR, Y, Hobs
Due Process Yes call Spring Field Polic on AT camer FBI
# FROM
(14 Amendment protect's citizen
House (Invasion) Premedit murder By DR
#3 DR, kill my mother ms, Eula Hobson I Videos
under U.S, (laws)

with my every day under St, Louis mo F,B,I under
314,589,2500 She work FBI Profiling motion
on phone Talk To her AT the (Poilice Headquar
ter, (1915) olive St, St, Louismo, 63103, etc,
use the phone From (F,B,I 314-589,-2500 case
motion All on camor And Videos the (kill?
car (every day why set kill my mother
MR, Yule Hobson was Talk To FBI,
F,B,I Know All men who (med "chemical's
my Allesation Judge, stephon R, clark etc

Yule VS, MR, Eric Schmitt ATT General
DAte 7-15-21. Time 3:00 p.m ( SPRAYing Chemicals
My mother "House" ms, Eula Hobson

**II.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

9.000, 000. 000, 000, 000,000 (1983) CaSE John
7-15-21, Hayden Jr. Police Chief of the police
3: 51 P.m.

**A.   Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CasE under 4-23- CV, -00781- Receiving Document
Chief Judge Stephen-R, CLARK PleasE Judse
Discovery my motion 9he" kill who make the
And Tishaura Jone Mayor of St. Louis Pate 7-15/21

**B.   Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

Chemical's In St. Louis SPRAYing Chemicals To
they "Murder" my mother ms. Eula Hobson case
Filed By MR. Yule Hobson Federal Investiston on

**C.   Diversity of Citizenship** All them use your phone 7-14-21

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

By F, BI warRant (men) Make the (Chemicals

**1.   The Plaintiff(s)**

DAte 4-10-20/ It was (Identify on Videos Filed

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

All (Pic From my Phone who TAlk (911-Call motion
314, 589-2500.   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

And Video's my Phone under (314-356-3645 CasE
Filed (SpringFied mo, 65802 CAll 911 SpringField
Police came my (Add-1855 when TAlk motion
All copy From SpRingFiled copy 911 CAll Incident
Report STAT N. SPRAing Chemical T HOUSE? etc

United States District Court

Yule Hobson V.S 9,000,000,000,000,
STAT(814-244-79-00. etc 2228 olive
Filed Gregory J. Linhare - Clerk court St, Louis Mo 63103
Discovery motion Federal Prosecution
Director. F,BI St, Louis case under
Case 4: 23-C.V00781-SRC, wiss Is
Attorney General wand who commi
tted my phone Chief Judge what
He STAT me AT kill my mother ms Eula
Hobson He Just kill use my phone
Attempted CAll Identify All They Name
FOR the conspiracy commit murds
All ( Testify) Told me IF do what
Tell they go kill me unknow perpetrator
He Run my Racketeering criminal In
STAT conspiracy case 4: 23 c.V, 00.781,
Doc Filed 06-16- 23, Judge stephen R.
Clark see has -pic on my Phone From
St, Cavis F,BI come court This case my motion
The kill (u) sent -u-? Blackmail-me with My
Phone has use F,BI communication F,BI etc.

314-444 0001-CASE Kill Name were USE OF ? Force File Chief Judge Clark etc, Harassment me From 2 they Address Be (Identify everyday For All they Federal WARRANT they CRIMINAL CASE Premeditated Robb my HOUSE USE they Phone 2 From HOUSE under F.BI St, Louis mo, Mrs Y, Hobson Donot meN Filed the and (other Judge Name File Discovery motion Be Amended BY St LouiS F.BI CASE my CASE Federal Prosecution - Document the HOUSE USE CRIMINAL Filed life IN Jail update everyone who set up Robb my HOUSE they will Be put AWAY FOR Kill my mother Mrs, Ealty Hobson the Judge Here my motion on court date when Identify put them Federal Prosecution when St, Louis mo F, BI come court Tell All they 2. Name Perpetrator See court date F, BI DiRector, come court And Have KANIN Schute Assited unit ATT, IN FOR All the

**2.   The Defendant(s)**

*If the defendant is an individual*

The defendant, *(name)* _____, is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____

*If the defendant is a corporation*

The defendant, *(name)* _____

is incorporated under the laws of the State of *(name)* _____, and has its principal place of

business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)* _____, and has its principal place

of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**3.   The Amount in Controversy**

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain):* CWISS 314-444-2500 try Kill me ( F.BI.

Prosecution And $ 9,000,000,000,000,000,600, STAT CASE $ 600,000.000,6,000 billion claims Donot $ VERBAL TAlk Hossment me life Jail-7-14-21 meN donx $ From F.BI Phone 314-589-2500 ot were $ with phone IS Criminal See Name on they come $ Federal use of Force of Robb everyday by the (Notary CASE Filed CASE 4-23-CV00781.-7-15-21 From li 1 ? Judge And F BI stalking IN my ho...

Now their wolce see he a file
violation They Robb House
Herssment me (Text) Federal?
F.B.I. motion He set alot Robb Identify
him Name Date Jay Greenberg
9,6000,000.000,0000,000,
motion Filed Federal warrant Arrest
Gregory J, Linhare clerk of Court under
(314-244-7900 Case May 22, 2023, document
At Add (2228-Olive # 240, St Louis mo
6310 Case 4: 23-Cv.00781-SRC- Doc,
06.16- 23 At use phone Date who
work, F.B.I care phone (tey Kill maney
Filed From mothe House ms,Eula Hobson
Case " spraying chemicals my mother
Have alot pic of Chemicals on Filed
Court House sworn-Affidavit 9be Kill
my mother St,Louis Metropolit Police
They Robb the police under 314-444
6100 Call He was Talk on" use hes
phone? Case Printed 08-28/2020,
11:03:12 D Sal,5305 Name He use
F,B,I phone Talk Be play By F,B,I
liFe Jail Case 4: 23 Cv.00781- All STAT?

Filed By MR. Yule Hobson on Camera March-9th
case Chemical's wiss By F.B.I. 2023,

**III. Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Copy
Filed

under 314-599.2500 update    motion legal argument 7-14-21

Your statement of claim must include all of the following information:

my STATed", CASE 7-14-21- ete    3912 HARTFORD
Ms Marley
Victim
ie her Phone

1. What happened to you? Hon, Sippel    St. Louis mo
2. When did it happen?    chief Judge 63116
3. Where did it happen?
4. What injuries did you suffer? MR.Yule Hobson kill motion They Name
5. What did each defendant personally do, or fail to do, to harm you?

q # 9,789,649,000,000, For claim legal arguments etc.
34-356-3645 Kill my mother ms, Eula Hobson SWORN Affidavit

By MR. Yule Hobson Racketeering and Conspiracy of
Premeditated kill me criminal case wiss By F.B.I,
Please Federal WARRANt ARRest All them kill
Yes Filed By MR. Yule Hobson DATe Case 4.23-C.V. 00781,
motion Filed Hon Rodney w. Sippel chief Juge
Federal WARRANt ARRest STaT mr. Hobson use
F.B.I Phone mother kill Now Perpetrator lie try
kill DAte 7-14-20 (From Add (1855-Chern
Springfield mo, 65802 when live Have Video's
From my Phone under (314-356-3645 All 911 CALL

**IV. Relief**    CASE 314-634-7276 office Major etc.

Case By
me C#
4: 23. CV. 00 781

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments. By Judge CLARK # 9.6,000,000,000,000. et
try kill "Chemical's BeFor came live with my
mother They (KARIN Schulte she Prosecut At 7-15-21) 3:51
was Spaying Chemicals my mother Pm
HOUSE TAIK F.B.I every day on CAmeRA AT
my mother All date pay mother live House.

MOTIONAL (Police Headquarter
19 15-Olive St St Louis mo, 6363
STalk F.B.J. about mother mr Hobson
Robbing Mr.Yule Hobson Phone put has Name
on Phone ask set Robbed kill my
USE her AT HOUSE This OF Robbed me (2328/Olive
STAT FROM MR. Yule Hobson (2328/Olive R.M.
Robbing my phone case under F.B.J. 240,
314-589-2500, case 314-444-0100 Robb St Louis
314.444.0001, Robb All MR, Erio/ mo, 63103
Schmitted Attorney General
kill and they under F.B.J. they
set Robb (make on laws there
CASE IS Law under 4:23-cv, 00781-Filed 0/16-23
Chief Judg ClARK Federa Prosecution
Notary 7-15-21 Time 3:51 Pim AT mothers Hous
CaSE Filed By MR, Yule Hobson
7-14-21-Name kill All Name under
F.B.J. TAke you they phone harm
Me Criminal has Name USE my
Phone date blackmail Federal
Blackmail conspiracy obstruct
(Assrauted) Identity TheFt kill my mothe
got my (Identity back into Account and USE
that INFORMATION Kill me FOR FRaudulen

Yule Hobson (Gregory -) By New-Attorney
Judge my case Date 1-7-20 mr,
v.s. Sworn-Affidavi By Hobson
Mcn donot know? 7-14-21 camer, set chemical
Stated Federal-Violation F.BI, Know Perpetrator et.c.
Federal Prosecution case Federal
warrant case Filed Hon Rodney w,
Sippet chief Judge Mr. Yule Hobson
Federal Violation (Identify who committ
ed "murder" my mother, Ms. Eula Hobson
Please camera Attorney General use
Phone (573-751-3321 case Filed under
case 4. 23-CV 007-SR C, Federal Investiga
-tor, Identify All peretator, under the
Director of the F.BI on camera All
Name Discovery of motion Hon Rodney
w, sippel Filed court my Motion New
case Issue New Federal warrant
For they (Arrest) premeditiated
" Burglary" Federal Marshal's to (Identi
Y. Address House Abuse stalking (Testify
Documentation For Federal warrant
At try kidnapping case Filed on camera
c.pt. Donnell moore of Sogth control why
filed Federa stat ......... 214-444-0100

YH.

(Page) File under S.I. May 1983

$9,678,979,000,000,000.  etc

He men kill All them Name under
314 589-2500, update CASE FOR him
Kill my mother 9hey "murder" All Name
9hey Address From my mother HOUSE
Mr. Yule Hobson Be Filed Federal
Pros

"Director - of St, louis Phone 314 589-2500
Phone kill TALK ON Police use F.B.I
Abuse staking use Law EnForcement
98K Federal wiss All kill life Jail
Notary Date 7-15-21 Time 3:51 p.n,
CASE Tell MR.Y, Hobson we 2 go play IN
MR. Yule Hobson Sworn AFFidavit DoNot
know (men- All Name Federal Prosecution
AT A-Federal secret Indictment
( CASE 4:23 CV,00781- Doc, Filed 06-16-23,
Federal WARRANt For 9hey Arrest update
Daniel Isom, Missouri Director of Public
SAFety my life Federal Violation my
Public SAFety under use 314-589-2500
Be ( Identify) case under 1983- IN
motion C $7,000,000,000 ) 7, billion etc
open CASE Identity Federal Prosecution
SWORN AFFidavit 7-14-26 wiss F.B.I etc

moton Discovery motion Amended. Hon Rodney w. Sippel USE Phone 314-244-7800 under F.BI. To kill try kill me, 2 Investigator. Identify kill Name under your Phone To committed qlot Robb case For F.BI ware He And House? Deputy clerk.

**Do you claim the wrongs alleged in your complaint are continuing to occur now?** Yes ☐ No ☐

**Do you claim actual damages for the acts alleged in your complaint?** Yes ☐ No ☐

**Do you claim punitive monetary damages?** Yes ☐ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Federal warrant Arrest For him them murder my Chemical's to kill my mother, ms. Eula Hobson Please Hon Rodney w. Sippel Chief Judge. Filed case 4:23-CV-00781 2338 Olive #240 st. Louis mo, 63103 you send motion Filed update case Truthful and Correct Document on camera your court Room STAT chemical" etc. MR ERic Schmitt - Attorney General (52-3-781-332) etc Date Filed may Hobson 2

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

NoTARY signature 9.6700,000,000, case open my case

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Breaking into They USE F.BI Date 7-14-21 under case. 4:23-CV-00781-SRC, Amended motion, Hon Rodney w Sippel Discovery motion wiss stated Beraking +into or Sabotaging (7-15-21-3:51 pm

I declare under penalty of perjury that the foregoing is true and correct. F.BI device to "steal Information is A (Serious) Federal offense (Primarily Prosecuted under the Computer Fraud And Abuse Act (CFAA) 18 U.S.C, §1030 while He many Chacking etc First Degree Robbery class A-Felony on Phone By Notary of st. Louis mo. etc April-28 2028

Signed this _____ day of _____, 20____.

Signature of Plaintiff(s) _____ mn

F,BI class A - Felony Filed maximum (life imprisonment gsk put to DeAATh Hon Rodney w Clark etc

Filed By Y. Hobson 911 case on camera copy of your Phone F,BI ? etc

6

Yule Hobson
Filed add-
2228/Olive
#240/
St, Louis
mo,
63103/
Deputy
Clark

Yule Hobson, FBI Jay Green
V.S, spraying "chemical" berg
Community cried
It was By Notary was St, Louis
Date 7-15-21 Time 3:51 p.m. etc
Signafur And Document on camer
Book All Federal case By me WAS
my Notary Is my wiss she put IN
File case under 4-23 cv-00781 - SRC By
MR. Y. Hobson Video's By play court when
Attorney General office try Ckill me
Discovery motion them? use C 573-751-3321
Premeditated conspiracy By MR. Eric Schmit
Stephen-R,-CLARK All case did WAS
F.B I Phone try kill me under Chief Judge
under 314-589-2500 the perpetrator use
Csk Talk some Police came out F.B I
St, louis F.B I on came It? on camera
Prosecuting Attorney case on camera AT
Stated Federal violation By KARIN Schute
Assitant United State's Attorney on camera
Video's Be play court Date From my mother
House the Date She Receiving Document
#2 women work with her IN her Box she
IN court Date came to see her on camer
Assitant united Attorney they donot
case under 4:23-cv-00781.0676-25 Know file motion 7-14-2,
Notary